UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA V. ANDREYEV,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELLA TROTSIOUK, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-01394-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 6, 9.) |

　　　　Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　On August 28, 2025, the magistrate judge filed findings and recommendations (ECF No. 9), recommending Plaintiff's motion for a temporary restraining order (ECF No. 6) be denied due to procedural deficiencies with her motion. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On September 3, 2025, Plaintiff filed objections to the findings and recommendations, in which she acknowledges that her motion did not satisfy the procedural requirements for obtaining temporary restraining orders. (ECF No. 11.) Plaintiff requests that the substance of her motion be considered, or in the alternative, that she be granted "leave to promptly cure the procedural defects and resubmit the [motion for a] TRO with all the required documents." (*Id.* at 2.).

1

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The court will therefore adopt the findings and recommendations and deny Plaintiff's motion for a temporary restraining order. However, the denial of Plaintiff's motion is without prejudice to Plaintiff filing a second motion for a temporary restraining order, in which Plaintiff cures the procedural deficiencies identified by the magistrate judge in the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED;

2. Plaintiff's Motion for Temporary Restraining Order (ECF No. 6) is DENIED, without prejudice to Plaintiff filing a second motion for a temporary restraining order; and

3. This matter is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated: __**September 24, 2025**__

Dena Coggins
United States District Judge